UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THOMAS BATIK and ELISE BATIK,

                Plaintiffs,

vs.

PETER J. DAWSON, LISA DAWSON, BMG ADVISORY
SERVICES, LTD., ETHAN THOMAS CO., INC.,
BRASH MANAGEMENT GROUP INC., TAXX PLUS
SERVICES, LTD., FFP SECURITIES, INC.,
GRANITE FINANCIAL, LLC AND BRUCE BAKER,

                Defendants.

_____/

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 11 2008 ★

LONG ISLAND OFFICE

Case No 06 CV 6627

## STIPULATION OF DISMISSAL

The Plaintiffs, THOMAS BATIK and ELISE BATIK and Defendant, FFP SECURITIES, INC., by and through their respective counsel hereby stipulate that this case is settled as to defendant FFP SECURITIES, INC. and that all claims, counterclaims and causes of action, are to be dismissed with prejudice, that each party shall bear their respective costs and attorney's fees.

Dated: New York, New York
       April 9, 2008

By: _____
JOHN E. LAWLOR, ESQ. (JL3258)
Attorneys for Plaintiffs
129 Third Street
Mineola, N.Y. 11501
(516) 248-7700

By: _____
VINCENT A. SUBA (VS1136)
NICOLETTI, HORNIG &
SWEENEY
88 Pine Street
New York, N.Y. 10005
(212) 220-3815

**SO ORDERED**

_____
      U.S.D.C.J.